# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0150.  IN THE INTEREST OF C. S., a child.**

C. S. was adjudicated delinquent, and he filed a motion for new trial. Following a hearing, the trial court denied the motion. C. S. then filed this appeal; in his notice of appeal, he requested that the entire record, including transcripts, be transmitted to this Court. Although three transcripts were transmitted to this Court along with the record, none of the three transcripts comply with the Rules of this Court. Likewise, the record transmitted to the Court also does not comply with our rules in that it is not numbered consecutively. See Court of Appeals Rules 18 (a),19 (governing records and transcripts). C. S. has filed a motion to remand this case to the trial court. We hereby GRANT the motion for remand, and REMAND the above-styled case for the proper preparation and certification of the record and transcripts.  Upon the filing of the transcripts, the clerk of the trial court shall transmit the entire, corrected record and transcripts to this Court for redocketing pursuant to the notice of appeal filed in this case.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/10/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*